# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 07, 2011

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR 72601

RE: 11-8012 David Stebbins v. University of Arkansas, et al

Dear Mr. Stebbins:

A petition for permission to appeal has been filed under the caption and miscellaneous case number shown above.

This matter will be submitted to the court for a ruling. All will be advised of the court's decision. No briefing schedule will be established unless the court grants the petition.

The Clerk of the United States District Court is being notified of the filing of the petition. If the petition is granted, petitioner must pay the district court all required fees. Please refer to Federal Rule of Appellate Procedure 5 and the applicable statutory sections for further guidance and information.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

LLB

Enclosure(s)

cc: Honorable Jimm Larry Hendren
  Mr. Christopher R. Johnson
  Mr. Thomas Scott Varady

District Court/Agency Case Number(s): 5:10-cv-05125-JLH

Caption For Case Number: 11-8012

David Anthony Stebbins

    Petitioner

v.

University of Arkansas; Office of the Chancellor

    Respondents

**Addresses For Case Participants:   11-8012**

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

Honorable Jimm Larry Hendren
Suite 559
35 E. Mountain
Fayetteville, AR  72701-0000

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72701-5354


Mr. Thomas Scott Varady
UNIVERSITY OF ARKANSAS
Office of General Counsel
421 Administration Building
Fayetteville, AR  72701-0000