11-8012  David Stebbins v. University of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 06/16/2011

**Case Name:** David Stebbins v. University of Arkansas, et al
**Case Number:** 11-8012

**Docket Text:**
PETITION for enbanc rehearing filed by Petitioner Mr. David Anthony Stebbins w/service 06/14/2011 [3799512] [11-8012]

**The following document(s) are associated with this transaction:**
Document Description: Petition for Writ of Mandamus construed as Petition for En Banc Rehearing

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Thomas Scott Varady: svarady@uark.edu, harriman@uark.edu