# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-8012

David Anthony Stebbins

Petitioner

v.

University of Arkansas and Office of the Chancellor

Respondents

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

July 21, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans